# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **LARRY WAYNE DOTSON**, <br>[DOB: 05/07/1962] <br><br> Defendant. | No. 2:21-cr-4072-BCW <br><br> **COUNT 1** <br> 21 U.S.C. § 841(a)(1) <br> NMT 20 Years Imprisonment <br> NMT $1,000,000 Fine <br> NLT 3 Years Supervised Release <br> Class C felony <br><br> **COUNT 2** <br> 18 U.S.C. § 922(g)(1) <br> NMT 10 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class C Felony <br><br> $100 Special Assessment |



## **I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT:**

### COUNT 1
(Possession with Intent to Distribute Methamphetamine)
21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about July 17, 2020, within Callaway County, in the Western District of Missouri, the defendant **LARRY WAYNE DOTSON**, knowingly and intentionally possessed with intent to distribute methamphetamine, a schedule II controlled substance, all in violation of Title 21 United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT 2
(Unlawful User of a Controlled Substance in Possession of a Firearm)
18 U.S.C. § 922(g)(1) and § 924(a)(2)

On or about July 17, 2020, within Callaway County, in the Western District of Missouri, the defendant, **LARRY WAYNE DOTSON** knowing he was an unlawful user of a controlled substance as defined in Section 102 of the Controlled Substances Act, knowingly possessed, in

and affecting commerce, a firearm, that is, 1911 .22 caliber handgun, bearing serial number 13E6794; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**A TRUE BILL.**

*/S/ Casey Castrop*
**FOREPERSON OF THE GRAND JURY**

*/S/ Ashley S. Turner*
**Ashley S. Turner**
Assistant United States Attorney
Missouri Bar No. 623145

Dated: 10/19/2021